IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, ex rel, ) <br> Victoria G. Gatsioulos, Relator, and ) <br> Dolores A. Howland, ) <br>     Plaintiff(s) ) <br>     v. ) <br> Kaplan Career Institute, ICM ) <br> Campus, and Kaplan Higher Education ) <br> Corporation ) <br>     Defendant(s) ) | Civil Action No. No. 06-1452 |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter February 3, 2012

The case (please check one):
  **x**  has resolved
_____ has resolved in part (see below)
_____ has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____

_____ will be held with the neutral within _____ days

_____ parties agree that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: April 3, 2012

_[signature]_
Signature of Neutral

Rev.03/09